IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 99-7 Erie |
| ) | |
| RAYMOND LNU ) | |

**NOTICE OF CHANGE OF APPEARANCE OF COUNSEL**

NOTICE is hereby given that Christine A. Sanner, Assistant United States Attorney, is replacing John J. Trucilla, Assistant United States Attorney, as counsel of record for the government in the above-criminal action.

                Respectfully submitted,

                MARY BETH BUCHANAN
                United States Attorney


                s/Christine A. Sanner
                CHRISTINE A. SANNER
                Assistant U.S. Attorney
                PA ID No. 85039